**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02742-BNB

LEO SIMMONS

    Applicant,

v.

JAMES FALK, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On December 19, 2012, Applicant filed a pleading titled, "Default Judgments-Against Officer or Agency of State C.R.C.P. 55(e)," ECF No. 14.   The Court construes the pleading as a Motion for Default Judgment.  Applicant asserts Respondents have failed to file a Response as they were instructed to do by the Court.  The Motion is DENIED as inappropriate and moot.  Respondents filed a Preliminary Response on November 21, 2012.

    Although Respondents have submitted a certificate of mailing to the Court indicating they sent a copy of the Preliminary Response to Applicant on November 23, 2012, and Applicant filed a Brief on November 26, 2012, it is not clear that Applicant has received a copy of the Preliminary Response.  The Court, therefore, will instruct Respondents to resend a copy to Applicant.  The Court will give Applicant an additional twenty-one days from the date Respondents file a certificate of mailing with the Court indicating they resent a copy of the Preliminary Response to Applicant to file a Reply.

Dated:  December 20, 2012